UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FIRST RECOVERY, LLC and DYLAN BROOKS, <br><br> Appellants, <br><br> v. <br><br> KEITH D. SANDERS <br> Appellee | **JUDGMENT** <br><br> No. 5:21-CV-530-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 9, 2023, that the court VACATES the bankruptcy courts reliance findings made pursuant to Bankrutpcy Rule 7052 and REMANDS this case to the bankruptcy court for a new trial for exception to discharge under 11 U.S.C. §§ 523(a)(2)(A) and (B), in accordance with the legal standards articulated in this order.

**This Judgment Filed and Entered on January 9, 2023, and Copies To:**

John S. Austin (via CM/ECF Notice of Electronic Filing)
Ryan James Adams / William Forrest Braziel, III / William E. Brewer, Jr. (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| January 9, 2023 | PETER A. MOORE, JR. CLERK <br> /s/ Sandra K. Collins <br> (By) Sandra K. Collins, Deputy Clerk |